PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YRIGOLLEN,<br><br>                Petitioner,<br><br>        v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>                Respondent. | CASE NO.  1:23-CV-00981-JLT-SAB (HC)<br><br>STIPULATION TO MODIFY EXISTING BRIEFING SCHEDULES; ORDER |
| SALVADOR CASTRO,<br><br>                Plaintiff,<br><br>        v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>                Defendants. | CASE NO.  1:23-CV-00982-JLT-SAB (HC) |
| ROBERT MALDONADO,<br><br>                Petitioner,<br><br>        v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>                Respondent. | CASE NO.  1:23-CV-00993-JLT-SAB (HC) |

| | | |
|---|---|---|
| 1 | BRYAN ROBLEDO, | CASE NO.  1:23-CV-00995-JLT-SAB (HC) |
| 2 | Petitioner, | |
| 3 | v. | |
| 4 | B.M. TRATE, WARDEN, USP-ATWATER, | |
| 5 | Respondent. | |
| 6 | EDGARDO RODRIGUEZ, | CASE NO.  1:23-CV-01008-JLT-SAB (HC) |
| 7 | Petitioner, | |
| 8 | v. | |
| 9 | B.M. TRATE, WARDEN, USP-ATWATER, | |
| 10 | Respondent. | |

**STIPULATION**

1. By this stipulation, the parties agree and stipulate to the following modified briefing schedule pertaining to each of the pending 28 U.S.C. § 2241 petitions.

   a) Robledo v. Trate, 1:23-cv-00995 - The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

   b) Maldonado v. Trate, 1:23-cv-00993 – The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

   c) Castro v. Trate, 1:23-cv-00982 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

   d) Yrigollen v. Trate, 1:23-cv-00981 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

   e) Rodriguez v. Trate, 1:23-cv-01008 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023.

IT IS SO STIPULATED.

Dated: October 5, 2023                        PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ Michelle Rodriguez
                                              MICHELLE RODRIGUEZ
                                              Assistant United States Attorney


Dated: October 5, 2023                        /s/ Karen Lee Landau
                                              KAREN LEE LANDAU
                                              Counsel for Petitioners
                                              Bryan Robledo
                                              Robert Maldonado
                                              Salvador Castro
                                              Alex Yrigollen
                                              Edgardo Rodriguez


**ORDER**

IT IS SO ORDERED.

Dated:   **October 6, 2023**                  _____
                                              UNITED STATES MAGISTRATE JUDGE